```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 21789
   ROCHELLE A SHIELDS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1130

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/20/2007 and was confirmed 01/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.12%.

     The case was dismissed after confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  SECURED VEHIC      8900.00            450.59        1463.24
RESURGENT CAPITAL SERVIC  UNSECURED         12174.14               .00            .00
GC SERVICES DATA CONTROL  NOTICE ONLY       NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED          2580.00               .00            .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY       NOT FILED             .00            .00
CITY CHICAGO DEPT OF REV  NOTICE ONLY       NOT FILED             .00            .00
COMMONWEALTH EDISON       UNSECURED          1428.65               .00            .00
COM ED                    NOTICE ONLY       NOT FILED             .00            .00
EMERGENCY ROOM CARE PROV  UNSECURED         NOT FILED             .00            .00
FORD MOTOR CREDIT         UNSECURED         19021.14               .00            .00
FORD MOTOR CREDIT         NOTICE ONLY       NOT FILED             .00            .00
FORD MOTOR CREDIT COMPAN  NOTICE ONLY       NOT FILED             .00            .00
FORD MOTOR CREDIT CO      NOTICE ONLY       NOT FILED             .00            .00
HOLY CROSS HOSPITAL       UNSECURED          1168.07               .00            .00
HSBC CARD SERVICES        UNSECURED         NOT FILED             .00            .00
HSBC NV/ORCHARD           NOTICE ONLY       NOT FILED             .00            .00
MERCY HOSPITAL & MEDICAL  UNSECURED         NOT FILED             .00            .00
MERRICK BANK              UNSECURED           804.96               .00            .00
MERRICK BANK              NOTICE ONLY       NOT FILED             .00            .00
NORTHWESTERN UNIVERSITY   UNSECURED         NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           161.50               .00            .00
OAK LAWN RADIOLOGIST      NOTICE ONLY       NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2986.27               .00            .00
SPRINT-NEXTEL CORP        UNSECURED           209.15               .00            .00
SPRINT PCS                UNSECURED         NOT FILED             .00            .00
SPRINT PCS                NOTICE ONLY       NOT FILED             .00            .00
VERIZON WIRELESS          UNSECURED         NOT FILED             .00            .00
VERIZON WIRELESS          NOTICE ONLY       NOT FILED             .00            .00
CAPITAL ONE               UNSECURED          3066.37               .00            .00
ROUNDUP FUNDING LLC       UNSECURED           355.00               .00            .00
VILLAGE OF EVERGREEN PAR  UNSECURED           250.00               .00            .00
VILLAGE OF EVERGREEN PAR  UNSECURED         NOT FILED             .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 21789 ROCHELLE A SHIELDS

```
TIMOTHY K LIOU           DEBTOR ATTY     3,009.20                    71.87
TOM VAUGHN               TRUSTEE                                    164.30
DEBTOR REFUND            REFUND                                     175.00
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       2,325.00

PRIORITY                                                  .00
SECURED                                              1,463.24
    INTEREST                                           450.59
UNSECURED                                                 .00
ADMINISTRATIVE                                          71.87
TRUSTEE COMPENSATION                                   164.30
DEBTOR REFUND                                          175.00
                             ---------------    ---------------
TOTALS                         2,325.00             2,325.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 12/22/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```